**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-04097 JAK (CWx) | Date | June 14, 2012 |
| Title | Focus Line, LLC v. Eliza Hassid, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING MATTER FOR LACK OF SUBJECT MATTER JURISDICTION   JS-6**

On April 2, 2012, Plaintiff Focus Line LLC filed this Unlawful Detainer action in the Superior Court of the State of California, County of Los Angeles, against Defendants Eliza Hassid, Eyman Talasazan, and Iman Talasazan. Complaint, Notice of Removal, Exh. 1, Dkt. 1. On May 10, 2012, Defendant Hassid removed the action to this Court, alleging that this Court has subject matter jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction) and 28 U.S.C. § 1343 (civil rights and elective franchise jurisdiction). On May 25, 2012, this Court issued an Order to Show Cause re Subject Matter Jurisdiction, Dkt. 5, because Hassid had not properly pleaded this Court's jurisdiction pursuant to 28 U.S.C. §§ 1332 or 1343. Plaintiff timely responded to the Order to Show Cause and argued that this Court lacks jurisdiction, Dkt. 9, and moved to remand, Dkt. 8. Hassid failed timely to respond to this Court's Order to Show Cause.

The party seeking to establish the Court's jurisdiction bears the burden of establishing it. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). For the reasons stated in this Court's Order to Show Cause, Hassid has failed to establish this Court's subject matter jurisdiction. Consequently, the Court REMANDS this matter to the Superior Court of the State of California, Los Angeles County, Beverly Hills Courthouse, Case No. 12U00215.

Plaintiff's motion to remand is moot. The hearing on that motion, scheduled for July 30, 2012 and the July 9, 2012 Scheduling Conference are vacated; no appearance by any party or counsel is required at that time.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |